State of **GEORGIA**, Plaintiff–Appellant,

Lake Lanier Association, Intervenor–Plaintiff,

v.

The **UNITED STATES ARMY CORPS OF ENGINEERS**, Gregory R. Dahlberry, in his official capacity as Acting Secretary of the United States Army, Joseph W. Westphal, in his official capacity as Assistant Secretary of the United States Army for Civil Works, Robert W. Flowers, in his official capacity as Commander and Chief of Engineers, United States Army Corps of Engineers, Phillip R. Anderson, in his official capacity as Division Commander, South Atlantic Division, United States Army Corps of Engineers, J. David Norwood, in his

official capacity as District Commander, Mobile District, United States Army Corps of Engineers, Defendants–Appellees,

Southeastern Federal Power Customers, Inc., Intervenor–Defendant,

State of Florida, State of Alabama, Intervenors–Appellees,

Gwinnett County, Georgia, Atlanta Regional Commission, Intervenors–Appellants,

City of Gainesville, Georgia, Appellant.

No. 04–14864

D.C. Docket No. 01–00026–CV–RWS–2.

United States Court of Appeals, Eleventh Circuit.

Sept. 19, 2005.

Jeremy Todd Berry, McKenna Long & Aldridge, LLP, Atlanta, GA, Plaintiff–Appellant.

William Middleton Droze, Troutman Sanders LLP, Bruce Perrin Brown, R. Todd Silliman, McKenna, Long & Aldridge LLP, Atlanta, GA, for Appellants.

Lewis B. Jones, King & Spalding, Atlanta, GA, for Appellant and Intervenors–Appellants.

Lauren James Caster, Fennemore Craig, P.C., Phoenix, AZ, William S. Cox, III, W. Larkin Radney, IV, Lightfoot, Franklin & White, L.L.C., Matthew H. Lembke, Bradley, Arant, Rose & White, LLP, Birmingham, AL, Mary Christine Roemer, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, Christopher M. Kise, Florida Solicitor General, Tallahassee, FL, Michael T. Gray, U.S. Dept. of Justice,

James T. Banks, Hogan & Hartson, L.L.P., Washington, DC, Parker D. Thomson, Hogan & Hartson, LLP, Miami, FL, Donald G. Blankenau, Fennemore Craig, PC, Lincoln, NE, for Intervenors–Appellees.

Before BARKETT and MARCUS, Circuit Judges, and GEORGE,* District Judge.

PER CURIAM.

The State of Georgia, Gwinnett County, the Atlanta Regional Commission, and the City of Gainesville appeal an order of abatement. The district court abated and administratively closed this case, pending final judgment in *Alabama v. U.S. Corps of Engineers*, No. CV–90–H–01331–E, a substantially similar case proceeding before the United States District Court for the Northern District of Alabama.

We review the district court's decision to abate on abstention grounds for abuse of discretion. *See Ambrosia Coal and Constr. Co. v. Morales*, 368 F.3d 1320, 1332 (11th Cir.2004). Seeing none, we AFFIRM the abatement.

**AFFIRMED.**

---

* Honorable Lloyd D. George, United States District Judge for the District of Nevada, sitting by designation.